IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER LYNN HOFFMAN, ) | |
| ) | |
| Plaintiff ) | Civil Action |
| ) | No. 12-cv-06165 |
| v. ) | |
| ) | |
| PALACE ENTERTAINMENT, also known ) | |
|   as "Dutch Wonderland"; and ) | |
| FESTIVAL FUN PARKS LLC, ) | |
| ) | |
| Defendants ) | |

### O R D E R

NOW, this 24th day of March, 2014, upon consideration of Defendant Festival Fun Parks, LLC's Motion to Dismiss filed April 5, 2014; upon consideration of the pleadings, arguments of the parties, and record papers in the within matter; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the within motion to dismiss is denied.

IT IS FURTHER ORDERED that defendants shall have until April 18, 2014 to file and serve their answer to plaintiff's Complaint.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge